UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Criminal No. 14-CR-20154

vs.                                HON. BERNARD A. FRIEDMAN

CHRISTOPHER LAJUAN TIBBS,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

Defendant has filed a motion in this matter for compassionate release pursuant to 18 U.S.C. § 3582 [docket entry 67]. Defendant indicates that he is an "asthmatic patient" and therefore vulnerable to complications were he to be infected by the coronavirus.

The Court must deny this motion because defendant has not shown that he has complied with the statute's exhaustion requirement. Section 3582(c)(1)(A) states that

> the court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment . . . if it finds that— (i) extraordinary and compelling reasons warrant such a reduction . . . .

The Sixth Circuit has held that this exhaustion requirement is mandatory, and that if a defendant files a motion seeking relief under this section without first complying with § 3582(c)(1)(A), the district court must deny the motion without prejudice. *See United States v. Alam*, No. 20-1298, 2020 WL 2845694, *2-5 (6th Cir. June 2, 2020). Accordingly,

IT IS ORDERED that defendant's motion for compassionate release is denied without prejudice.

s/Bernard A. Friedman
Bernard A. Friedman
Dated: June 11, 2020                     Senior United States District Judge
Detroit, Michigan

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2020.

Christopher LaJuan Tibbs, 49899-039          s/Johnetta M. Curry-Williams
Mckean Federal Correctional Institution       Case Manager
Inmate Mail/Parcels
P.O. Box 8000
Bradford, PA 16701

2